UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 07-181 (PJS/SRN) |
| Plaintiff, | |
| v. | **O R D E R** |
| Victor Manuel Molina-Tepozteco, | |
| Defendant. | |

LeeAnn Bell, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for Plaintiff United States of America

Andrew Mohring, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for Defendant Victor Manuel Molina-Tepozteco

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson (Doc. No. 55).  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of May 16, 2007 Search (Doc. No. 27) is **DENIED**; and

2. Defendant's Motion to Suppress May 16, 2007 Statements (Doc. No. 28) is **GRANTED** as to Defendant's response to Special Agent Nichols' question concerning the existence of any guns, and **DENIED** in all other respects.

Dated: October 12, 2007

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge